UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-30018 |
| | ) | |
| DAVID M. KRAGEL, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District

On July 26, 2011, U.S. Magistrate Judge Byron G. Cudmore issued a Report and Recommendation which accepted Defendant David M. Kragel's plea of guilty to Count 2 of the Indictment. See d/e 19. Because no party has filed an objection, this Court ACCEPTS the Report and Recommendation (d/e 19). Therefore, the Defendant is adjudged guilty on Count 2 of the Indictment.

IT IS SO ORDERED.

ENTERED: August 18, 2011

FOR THE COURT:           s/ Sue E. Myerscough
                         SUE E. MYERSCOUGH
                   UNITED STATES DISTRICT JUDGE

E-FILED
Thursday, 18 August, 2011 04:54:35 PM
Clerk, U.S. District Court, ILCD